IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:25-CR-00069-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SULEIMAN SAADEH, III,

    Defendant.

ORDER

This matter comes before the court on the United States' Oral Motion for Restitution on behalf of the victim in this case. At Defendant's sentencing, the court deferred ruling on that Motion "to permit the parties to relitigate any restitution issues." At the hearing on that Motion, the court granted the Motion and ordered restitution in the amount of $1,000. Consistent with the court's discussion at the hearing, Defendant's sentence is modified as follows.

Pursuant to 18 U.S.C. § 3663(a)(1)(A), Defendant shall make restitution in the amount of $1,000 to the victim. In reaching this determination, the court has considered "the amount of the loss," as demonstrated by the exhibits submitted by the United States at the hearing. *See id.* § 3633(a)(1)(B)(i)(I); *see also* DE 52. Likewise, the court has considered Defendant's "financial resources," "financial needs and earning ability," and other "appropriate factors;" indeed, at the hearing, Defendant consented to restitution in the amount of $1,000. *See* 18 U.S.C. § 3663(a)(1)(B)(i)(II).

Payment of restitution shall be due and payable in full immediately. Interest is waived. However, if Defendant is unable to pay in full immediately, the special assessment and restitution may be paid through the Inmate Financial Responsibility Program (IFRP). The court orders that

Defendant pay a minimum payment of $25 per quarter through the IFRP, if available. The court, having considered Defendant's financial resources and ability to pay, orders that any balance still owed at the time of release shall be paid in installments of $200 per month to begin 60 days after Defendant's release from prison. At the time of Defendant's release, the probation officer shall take into consideration Defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule.

SO ORDERED this 25th day of June, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2